**ST. PAUL FIRE AND MARINE INSURANCE CO., Plaintiff–Counter Claimant–Appellee,**

v.

**LAGO CANYON INC., Defendant–Counter Claimant–Appellant.**

No. 10–10040.

United States Court of Appeals, Eleventh Circuit.

March 29, 2011.

Andrew Warren Anderson, Michelle Otero Valdes, Miami, FL, for Plaintiff–Counter Claimant–Appellee.

Robert Lyston Jennings, Jennings & Valancy, Fort Lauderdale, FL, for Defendant–Counter Claimant–Appellant.

Before BARKETT, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

Lago Canyon appeals from an adverse summary final judgment, entered following remand from this Court, concluding that there was no coverage for the partial sinking of Lago Canyon's yacht under the marine insurance contract issued by St. Paul Fire and Marine Insurance Company. St. Paul also cross-appeals the district court's determination of the pre-judgment interest rate of nine percent to be applied to Lago Canyon's $7,500 claim for towing charges.

After careful consideration of the parties' briefs and the record in this case and having the benefit of oral argument, we find no reversible error in the district court's declaratory judgment of no coverage to St. Paul. Likewise, we see no error in the district court's determination of the pre-judgment interest rate.

AFFIRMED.